

## ORDERED in the Southern District of Florida on February 13, 2017.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

MASSA FALIDA DO BANCO
CRUZEIRO DO SUL S.A.,                             Case No.:14-22974 – LMI
                                                  Chapter 15
    Debtor in a Foreign Proceeding
_____/

LASPRO CONSULTORES LTDA.,
a Brazilian Sociedade Limitada,
                                                  Adversary Proceeding no.: 16-01315-LMI
    Plaintiff

v.

ALINIA CORPORATION, a British
Virgin Islands Company Limited by Shares,
110 CPS, INC., a British Virgin Islands
Company Limited by Shares,

    Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT (ECF 29),
RESERVING RULING AS TO COUNTS VI-VIII, XVIII-XX AND XXX-XXXII,
<u>AND ORDERING FURTHER BRIEFING AS TO THOSE COUNTS</u>**

THIS CAUSE came on for hearing on November 22, 2016 (the "Hearing") on the Motion to Dismiss Amended Complaint ("Motion") (ECF 29) filed by Defendants, Alinia Corporation ("Alinia") and 110 CPS, Inc. ("CPS") (collectively, the "Defendants").  As announced in open court during the hearing held on February 8, 2017, the Court has considered the Motion, the Amended Complaint and its exhibits filed by Plaintiff, Laspro Consultores LTDA, Trustee of BCSUL ("Plaintiff"), the response filed by Plaintiff to the Motion (ECF 33), the reply filed by Defendants (ECF 34), the declarations filed by all parties, the arguments of counsel at the Hearing, and the submission of competing proposed forms of order on the Motion.  Accordingly, for the reasons stated and recorded in open court it is ORDERED and ADJUDGED that:

1. The Motion is GRANTED IN PART and DENIED IN PART.
2. The Motion is GRANTED as to the claims for violation of Brazilian Law N. 8.078/1990 of the Brazilian Consumer Protection Code asserted in Counts IX, XXI and XXXIII.
3. The Motion is DENIED as to the claims for constructive trust, equitable lien, fraudulent conveyance, violations of Article 186 of the Brazilian Civil Code, violations of Article 884 of the Brazilian Civil Code, and violations of Article 130 of the Brazilian Bankruptcy and Judicial Reorganization Law (Law N. 11.101/2005) as asserted in Counts I-V, X-XVII, XXII-XXIX and XXXIV-XXXVI.
4. Ruling is reserved as to the aiding and abetting claims asserted in Counts VI-VIII, XVIII-XX and XXX-XXXII (the "Aiding and Abetting Counts") and the parties are hereby ordered to submit a supplemental brief on the specific questions announced by the Court on February 8, 2017, relating to the Aiding and Abetting Counts, on or before Wednesday, March 1, 2017 (the "Supplemental Briefing").

5. Following the submission of the Supplemental Briefing, the Court will issue a further Order as to the Aiding and Abetting Counts and a Memorandum Opinion as to Motion as a whole.

###

Submitted by:

Gregory S. Grossman, Esq.
Arnoldo B. Lacayo, Esq.
Daniel M. Coyle, Esq.
ASTIGARRAGA DAVIS
MULLINS & GROSSMAN, P.A.
*Attorneys for the Foreign Representative*
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone (305) 372-8282
Facsimile (305) 372-8202
alacayo@astidavis.com


Copy furnished to:
Arnoldo B. Lacayo
(Attorney Arnoldo B. Lacayo is directed to mail a copy of this Order as indicated in the Order and file a Certificate of Service with the Court.)