UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MASSA FALIDA DO BANCO                          CHAPTER 15
CRUZEIRO DO SUL S.A.,                          CASE NO.:14-22974 – LMI

    Debtor in a Foreign Proceeding
_____/

LASPRO CONSULTORES LTDA.,
a Brazilian Sociedade Limitada,

    Plaintiff,                                 ADV. CASE NO. 16-1315-LMI

v.

ALINIA CORPORATION, a British
Virgin Islands Company Limited by Shares,
110 CPS, INC., a British Virgin Islands
Company Limited by Shares,

    Defendants.
_____/

**NOTICE OF FILING TIMELINE OF BRAZILIAN ACTIVITY
REGARDING TRACING ANALYSIS IN SUPPORT OF LASPRO
CONSULTORES LTDA.'S MOTION TO ISSUE LETTERS OF REQUEST
AND FOR EXTENSION OF UNEXPIRED PRE-TRIAL DEADLINES**

Plaintiff, LASPRO CONSULTORES LTDA, by and through undersigned counsel, files the attached Timeline of Brazilian Activity Regarding Tracing Analysis (attached hereto as **Exhibit "A"**)[1] in support of its Motion to Issue Letters of Request and for Extension of Unexpired Pre-Trial Deadlines (the "Motion") and in compliance with the Court's instructions at the hearing held on Thursday, September 20, 2018.

---

    1  The Timeline of Brazilian Activity Regarding Tracing Analysis was compiled using Brazilian Lead Counsel's time records but does not contain a word-for-word reproduction of those time records nor does it disclose the substance of privileged communications or attorney work-product.  Plaintiff reserves all rights in connection with such privileged information.

SEQUOR LAW, P.A.

Plaintiff asks that the Court take notice of the fact that on February 13, 2017, the Brazilian Bankruptcy Court suspended the contract agreement with Brazilian Lead Counsel (the law firm of Krikor Kaysserlian Duarte e Forssell Advogados Associados) to initiate bidding to see if any other firm would be willing to perform the same legal work for a lower fee. On February 6, 2018, the Brazilian Bankruptcy Court lifted the suspension. During the period of February 13, 2017 through February 6, 2018 (the "Suspension Period"), Brazilian Lead Counsel was authorized to continue working on this case on its own account (meaning that if another law firm ultimately won the bidding, Brazilian Lead Counsel risked not being compensated for their work performed during the Suspension Period), and did continue working on this case. As described in the Timeline of Brazilian Activity Regarding Tracing Analysis, Plaintiff and Brazilian Lead Counsel worked throughout the period to advance a complex fact investigation and tracing analysis in a diligent manner in a case that involves multiple court proceedings and documents in a foreign language.[2]

Respectfully submitted by,

---

[2] While the Court's request for a timeline was focused on the tracing analysis and related work in Brazil, U.S. counsel for the Plaintiff was also involved in ongoing discovery between June 2017 and the filing of the Motion which supported the fact investigation and tracing analysis. For example, there was a subpoena served on HSBC Bank USA in June 2017; subpoenas to Wells Fargo Bank, Bank of America, Banco Itau International, Bank of New York Mellon and Grayson & Bock served in July 2017, and related follow up into the Fall of 2017; communications with Regions Bank in October 2017 related to discovery; discovery and supplemental production from Wells Fargo in November 2017; discovery and production of documents from CitiBank in December 2017, with continued review of the Citibank production into January 2018; communications with BNY Mellon relating to production in December 2017; production of documents from BNY Mellon in January 2018; preparation for the depositions of Raul Anguinaga, Taciana Azeredo and Raul Geyer in January and February 2018 and production of related documents in March and April 2018.

        SEQUORLAW, P.A.

        1001 Brickell Bay Drive, 9th Floor
        Miami, Florida 33131
        Telephone: (305) 372-8282
        Facsimile:  (305) 372-8202
        E-mail:    ggrossman@sequorlaw.com
                    alacayo@sequorlaw.com
                    dcoyle@sequorlaw.com

By:   */s/ Daniel M. Coyle*
      Gregory S. Grossman
      Florida Bar No. 896667
      Arnoldo Lacayo
      Florida Bar No. 675482
      Daniel M. Coyle
      Florida Bar No. 055576

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case listed on the Service List on September 25, 2018.

                */s/ Daniel M. Coyle*
                Daniel M. Coyle

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.
- Gregory S Grossman    ggrossman@sequorlaw.com; ngonzalez@sequorlaw.com
- Jeremy J Hart    jhart@bastamron.com; mdesvergunat@bastamron.com; dtimpone@bastamron.com; jmiranda@bastamron.com
- Arnoldo B Lacayo    alacayo@sequorlaw.com; afalcon@sequorlaw.com
- Katherine A Sanoja    katherine.sanoja@gstllp.com; quinn.smith@gstllp.com

### Manual Notice List

- No manual recipients

*EXHIBIT "A"*

| DATE | ACTIVITIES DESCRIPTION |
|---|---|
| 13.Feb.2017 | Brazilian Bankruptcy Court suspended Brazilian Lead Counsel's contract to permit new bidding by firms that might offer lower fees |
| 19.Jun.2017 | Exchange contracts regarding the purchase of apartment 6B received in Brazil |
| 19.Jun.2017 | Analysis of JP Morgan Chase production |
| 20.Jun.2017 | Analysis of JP Morgan Chase's, Defendants' and other third-parties' productions |
| 20.Jun.2017 | Analysis of case records |
| 21.Jun.2017 | Continue analysis of JP Morgan Chase's and Defendants' productions |
| 22.Jun.2017 | Analysis of corporate documents |
| 22.Jun.2017 | Exchange contracts regarding the purchase of penthouse 2 received in Brazil |
| 22.Jun.2017 | Document gathering and analysis regarding various entities and regarding tracing analysis |
| 23.Jun.2017 | Analysis of case records |
| 26.Jun.2017 | Document gathering and analysis regarding various entities and regarding tracing analysis |
| 26.Jun.2017 | Search for corporate documents in support of investigation |
| 26.Jun.2017 | Translation of case documents into English |
| 27.Jun.2017 | Document gathering and analysis regarding various entities and regarding tracing analysis |
| 27.Jun.2017 | Continue search for corporate documents in support of investigation and tracing analysis |
| 28.Jun.2017 | Analysis of corporate documents in support of investigation and tracing analysis |
| 04.Jul.2017 | Review of Wells Fargo's and Citibank's productions |
| 05.Jul.2017 | Case document analysis |
| 07.Jul.2017 | Work on responses to questions related to the BACEN Report |
| 10.Jul.2017 | Review of amended answers to interrogatories |
| 12.Jul.2017 | Call related to real estate |
| 12.Jul.2017 | Conference call about diverted assets from the bank |
| 14.Aug.2017 | Research of precedents for the fraudulent transfer claim |
| 14.Aug.2017 | Meeting regarding the fraudulent transfer claim and lifting of bank secrecy to obtain additional documents regarding tracing |
| 14.Aug.2017 | Conference call regarding the fraudulent transfer claim |
| 22.Aug.2017 | Meeting regarding diversion of assets and tracing |
| 22.Aug.2017 | Drafting of investigative report to the Bankruptcy Court to obtain additional documents in support of fraudulent transfer claim and tracing |
| 23.Aug.2017 | Bidding rules published |
| 11.Sep.2017 | Drafting of a summary of the criminal case records |
| 11.Sep.2017 | Analysis of BACEN Report regarding fraud and diversion of assets and RAET procedure |
| 11.Sep.2017 | Bidding ended and no bids |
| 12.Sep.2017 | Continue analysis regarding fraud and diversion of assets |
| 12.Sep.2017 | Analysis of criminal investigation concerning BCSul, Luis Felippe Indio da Costa and Luis Octavio Indio da |
| 25.Sep.2017 | Research to get copies of the judgment on the Counsel of Appeals of the Federal Financial System that upheld BACEN Report's conclusions for tracing analysis |
| 26.Sep.2017 | Analysis of claim for compensation of damages filed by Luis Felippe and Luis Octavio |
| 27.Sep.2017 | Drafting of a pleading requesting an order to allow the trustee to access certain case records |
| 27.Sep.2017 | Conversations with the Counsel of Appeals of the Federal Financial System to obtain copies of judgment |
| 28.Sep.2017 | Analysis of criminal charges concerning BCSul |
| 17.Oct.2017 | Continue Analysis of criminal charges concerning BCSul and review draft of report |
| 19.Oct.2017 | Analysis of a judgment ruled by the Counsel of Appeals for the Federal Financial System |
| 13.Nov.2017 | Drafting of pleadings related to requesting bank statements of Luis Felippe and Luis Octavio and BACEN index/appendix |

| DATE | ACTIVITIES |
|------|------------|
| 13.Nov.2017 | Analysis of criminal charges concerning BCSul |
| 22.Nov.2017 | Documentation gathering and analysis in support of tracing analysis |
| 20.Dec.2017 | Court recess initiated |
| 19.Jan.2018 | Court recess ended |
| 19.Jan.2018 | Public Prosecutor's Office rendered its legal opinion saying KKAA should go on with its works in benefit of the Bankrupt Estate |
| 06.Feb.2018 | Bankruptcy Court authorizes firm to resume suspended services since February 2017 |
| 14.Mar.2018 | Translation of the Federal Police Final Investigative Report and other documents into English |
| 20.Mar.2018 | Procedure to request bank and financial documents of Luis Felippe Indio da Costa, Luis Octavio Indio da Costa and Star Holding Investimentos S/A |
| 23.Mar.2018 | Bankruptcy Court authorizes release of bank and financial documents of Luis Felippe Indio da Costa, Luis Octavio Indio da Costa and Star Holding Investimentos S/A and copies of TSAR of BCSUL |
| 02.Apr.2018 | Bankruptcy Court sent the Official Letter to Federal Revenue in order to release bank and financial documents of Luis Felippe Indio da Costa, Luis Octavio Indio da Costa and Star Holding Investimentos S/A and copies of TSAR of BCSUL |
| 02.Apr.2018 | Bankruptcy Court sent the Official Letter to the Central Bank of Brazil (BACEN) in order to release the RAET file of BCSUL |
| 11.Apr.2018 | Investigation of Luis Felippe, Jr. |
| 13.Apr.2018 | Investigation of Luis Felippe, Jr. |
| 13.Apr.2018 | BACEN delivers part of TSAR file to Trustee of BCSUL |
| 25.Apr.2018 | Telephone call regarding Raul Aguinaga's deposition |
| 25.Apr.2018 | Investigations of Luis Felippe, Jr. |
| 25.Apr.2018 | Filing of requests for additional documents on the Central Bank of Brazil |
| 27.Apr.2018 | Receipt of documents delivered by Raul Aguinaga |
| 27.Apr.2018 | Correspondence regarding Luis Felippe, Jr. investigation |
| 28.Apr.2018 | Incomplete copies of the TSAR case records are delivered by the Central Bank of Brazil |
| 02.May.2018 | Filing of a pleading at the Bankruptcy Court requesting new official letters to be issued to the Central Bank of Brazil requesting copies of the TSAR case records |
| 03.May.2018 | Procedure to request full copies of TSAR file of BCSUL |
| 16.May.2018 | Bankruptcy Court authorizes issue official letter to Central Bank of Brazil (BACEN) in order to provide full TSAR of BCSUL |
| 21.May.2018 | Drafting summaries of tracing claim for Laspro |
| 22.May.2018 | Work on summaries of tracing claim |
| 29.May.2018 | Correspondence regarding the tracing of the funds |
| 29.May.2018 | Conference call regarding the tracing of the funds |
| 31.May.2018 | Review of ruling upholding the administrative judgment that made Luis Felippe and Luis Octavio liable for the fraud committed against BCSul |
| 03.Jun.2018 | Translation of financial documents for the tracing into English |
| 04.Jun.2018 | Conference call to discuss the tracing work, depositions and other matters |
| 04.Jun.2018 | Correspondence concerning the tracing |
| 05.Jun.2018 | Correspondence concerning the tracing |
| 05.Jun.2018 | Documents concerning the bankruptcy, criminal charges, TSAR case records, and the tracing |
| 06.Jun.2018 | Correspondence concerning specific aspects of the tracing analysis |
| 06.Jun.2018 | Meeting with BCSul's accounting team regarding the tracing |
| 07.Jun.2018 | Correspondence regarding translation of the ruling upholding the administrative judgment that made Luis Felippe and Luis Octavio liable for the fraud they committed against BCSul |
| 07.Jun.2018 | Correspondence regarding tracing forensic work |

| DATE | ACTIVITIES |
|---|---|
| 11.Jun.2018 | Correspondence concerning specific aspects of tracing analysis |
| 11.Jun.2018 | Correspondence regarding documents applicable to tracing analysis |
| 12.Jun.2018 | BACEN delivers full copy of TSAR file of BCSUL |
| 15.Jun.2018 | Correspondence regarding wire transfers applicable to tracing analysis |
| 15.Jun.2018 | Conference call regarding the tracing of the funds |
| 15.Jun.2018 | Procedure to issue Official Letter to Central of Custody and Financial Liquidation of Securities and Investment in order to obtain information regarding securities purchased or sold for purposes of the trace |
| 19.Jun.2018 | Correspondence regarding translation of documents for the tracing |
| 20.Jun.2018 | Bankruptcy Court informed that Federal Revenue had not delivered information of Luis Felippe, Luis Octavio and Star investimentos S/A |
| 21.Jun.2018 | Bankruptcy Court authorizes issue of Official Letter to Stock Exchange of Brazil and entity investigated |
| 22.Jun.2018 | Correspondence and word as to the fraud and diversion of funds from BCSUL for purposes of tracing analysis |
| 26.Jun.2018 | Translations of some tracing documents |
| 28.Jun.2018 | Correspondence concerning documents received regarding tracing analysis |
| 29.Jun.2018 | Correspondence regarding BACEN Report and tracing of funds |
| 02.jul.2018 | Correspondence regarding certificate of deposit for tracing analysis |
| 03.Jul.2018 | Conference call regarding the BACEN Report and analysis of frauds committed |
| 03.Jul.2018 | Correspondence and work relating to the tracing for the funds for apt. 6-B |
| 05.Jul.2018 | Correspondence regarding tracing for apt 6-B |
| 09.Jul.2018 | Correspondence regarding tracing for deposits |
| 10.Jul.2018 | Correspondence with BCSul's accounting team regarding the tracing |
| 13.Jul.2018 | Meeting with BCSul's accounting team regarding documentation to complete the tracing and regarding the diversion of funds |
| 19.Jul.2018 | Analyzing tracing issues regarding PH2 |
| 30.Jul.2018 | Receipt of Official Letter attaching bank statements of Luis Felippe |
| 03.Aug.2018 | Correspondence regarding documents received from bank accounts of former directors and controllers of BCSUL regarding tracing |
| 07.Aug.2018 | Tracing concerning flow of certain funds |
| 09.Aug.2018 | Tracing concerning deposits for apt 6-B |
| 10.Aug.2018 | Translation of financial documents for the tracing into English |
| 13.Aug.2018 | Tracing documents for PH2 transmitted to US Counsel |
| 16.Aug.2018 | Conference call regarding tracing analysis; attendance at court regarding tracing documents |
| 21.Aug.2018 | Correspondence regarding fraud and tracing analysis |
| 22.Aug.2018 | Work on forensic tracing issues |
| 27.Aug.2018 | Correspondence regarding additional documents to support the tracing |
| 30.Aug.2018 | Correspondence regarding payment by Investment funds to Luis Octavio |
| 03.Sep.2018 | Analysis on Patrimonial Maragato S/A information |
| 05.Sep.2018 | Correspondence regarding diversion of funds and tracing analysis |
| 06.Sep.2018 | Correspondence regarding evidentiary issues and tracing analysis |