# EXHIBIT "3"

**COURT OF APPEALS OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF SÃO PAULO CENTRAL CIVIL AND COMMERCIAL COURTHOUSE
2nd BANKRUPTCY AND JUDICIAL REORGANIZATION COURT
Praça João Mendes s/nº, Salas 1618/1624, Centro - CEP 01501-900, Phone: (11) 2171-6506, São Paulo-SP - E-mail: sp2falencias@tjsp.jus.br

## JUDGMENT

| | |
|---|---|
| Case no.: | **1071548-40.2015.8.26.0100** |
| Class – Subject: | **Bankruptcy of Entrepreneurs, Business Companies, Micro-companies and Small Businesses – Self-Bankruptcy** |
| Petitioner: | **Banco Cruzeiro do Sul S/A e outros** |
| Respondent: | **Banco Cruzeiro do Sul S/A e outros** |

Judge: Dr. Marcelo Barbosa Sacramone

The record has been examined.

**BANCO CRUZEIRO DO SUL S/A,** CNPJ n. 62.136.254/0001-99, **CRUZEIRO DO SUL HOLDING FINANCEIRA S.A.**, CNPJ n. 13.225.116/0001-70, **CRUZEIRO DO SUL S.A. CORRETORA DE VALORES E MERCADORIAS**, CNPJ n. 04.169.504/0001-90, **CRUZEIRO DO SUL S.A. DISTRIBUIDORA DE TÍTULOS E VALORES MOBILIÁRIOS,** CNPJ n. 62.382.908/0001-64 and **CRUZEIRO DO SUL S.A. COMPANHIA SECURITIZADORA DE CRÉDITOS FINANCEIROS**, CNPJ n. 06.227.606/0001-40, all under "out of court liquidation," as per Acts of the President of the CENTRAL BANK OF BRAZIL numbers 1,230 to 1,235 of September 14, 2012 (pgs. 29/30), represented by its liquidator, Eduardo Félix Bianchini, appointed in replacement in Act no. 486 of May 24, 2013 (fl. 31), have filed their own bankruptcy proceeding, pursuant to the terms of Article 21, line 'b' of Law 6.024/74. They allege that the economic group, which is under out of court liquidation, does not have sufficient assets to pay at least half of its unsecured debt, and that there is evidence of bankruptcy crimes. They allege that the complexity of the transactions justify direct monitoring by the Judicial branch in a regular bankruptcy proceeding, therefore, they were authorized by the CENTRAL BANK to file for bankruptcy. They affirm that the uncovered liabilities calculated by the group (consolidated position) came to R$3.288 million.

The complaint was accompanied by the documents on pages 29/126.

The Prosecutor's Office made a statement on pages 138/144, favorable to the bankruptcy.

1071548-40.2015.8.26.0100 - page 1



**COURT OF APPEALS OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF SÃO PAULO CENTRAL CIVIL AND COMMERCIAL COURTHOUSE
2nd BANKRUPTCY AND JUDICIAL REORGANIZATION COURT
Praça João Mendes s/nº, Salas 1618/1624, Centro - CEP 01501-900, Phone: (11) 2171-6506, São Paulo-SP - E-mail: sp2falencias@tjsp.jus.br

**This is the report. I will now DECIDE.**

The requirements for a bankruptcy decree of the financial institution and the legal entities in the economic group are present and have been proven.

On September 14, 2012, the out of court liquidation was decreed of the plaintiff by an act of the President of the Central Bank of Brazil.

In turn, the authorization of the Central Bank of Brazil for the plaintiff to file this bankruptcy request is on pages 33/36.

The facts narrated by the liquidators and by the Central Bank of Brazil on page 34 configure evidence of a bankruptcy crime and serve to authorize the bankruptcy decree. Therefore, the requirement in line 'b', second part of Art. 21 of Law 6.024/1974 has been met.

In addition, as shown in the balance sheets added to the record and the opinion on page 35, the companies in question are insolvent. We note that a debtor must be in a state of insolvency for bankruptcy to be decreed ("state of inability to pay obligations"), thus, it is sufficient for the company to be insolvent ("simple breach qualified by the lack of a legal justification")[1].

All legal entities for which bankruptcy was requested have, in the final analysis, common management, and are part of the same economic group. Therefore, even if Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias and Cruzeiro do Sul Companhia Securitizadora de Créditos Financeiros end up having more assets than liabilities, it is necessary to order the extension of the bankruptcy.

It is also undeniable that the complexity of the transactions involved in the activities of the financial institution and the companies in the economic group justify the need for close judicial monitoring, through a bankruptcy proceeding.

Therefore, from any angle from which the question is analyzed, the need to decree bankruptcy of the financial institution is evident.

Therefore, I hereby decree today, at 7 p.m., the bankruptcy of:

1   **BANCO CRUZEIRO DO SUL S/A,** CNPJ n. 62.136.254/0001-99;

2   **CRUZEIRO DO SUL HOLDING FINANCEIRA S.A.**, CNPJ n. 13.225.116/0001-70;

3   **CRUZEIRO DO SUL S.A. CORRETORA DE VALORES E**

---

[1] Fábio Konder Comparato *apud* Reporter Lino Machado, TJSP, Division Reserved for Bankruptcy and Reorganization. Interlocutory Appeal n. 9046401-60.2007.8.26.0000, judged on 05/05/2014.



**COURT OF APPEALS OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF SÃO PAULO CENTRAL CIVIL AND COMMERCIAL COURTHOUSE
2nd BANKRUPTCY AND JUDICIAL REORGANIZATION COURT
Praça João Mendes s/nº, Salas 1618/1624, Centro - CEP 01501-900, Phone: (11) 2171-6506, São Paulo-SP - E-mail: sp2falencias@tjsp.jus.br

**MERCADORIAS**, CNPJ n. 04.169.504/0001-90;

**4 CRUZEIRO DO SUL S.A. DISTRIBUIDORA DE TÍTULOS E VALORES MOBILIÁRIOS,** CNPJ n. 62.382.908/0001-64;

**5 CRUZEIRO DO SUL S.A. COMPANHIA SECURITIZADORA DE CRÉDITOS FINANCEIROS**, CNPJ n. 06.227.606/0001-40.

Therefore:

1) I appoint to carry out the function of judicial trustee (Art. 99, IX) **ADJUD ADMINISTRADORES JUDICIAIS LTDA. - EPP**, CNPJ 14.227.154/0001-25, Rua Araújo, 70, conj. 121, 12º andar, República, São Paulo - SP, CEP 04421-000 represented by VÂNIO CESAR PICKLER AGUIAR.

For the purpose of Art. 22, III, this party shall:

1.1) Be personally notified to, within forty-eight (48) hours, sign the commitment statement, under penalty of replacement (Arts. 33 and 34);

1.2) Gather the assets and documents (Art. 110), and assess their value, separately or as a block, at the location where they are found (Arts. 108 and 110), to realize the assets (Arts. 139 and 140), these assets will be "under their custody and responsibility" (Art. 108, sole paragraph); they may be sealed, for the purpose of Art. 109, and information shall be provided to the court in regard to the feasibility of continuation of the Company's activities (Art. 99, XI);

1.3) At the time the report mentioned in Art. 22, III, 'e' of Law 11.101/05 is presented, the Judicial Trustee **shall file it digitally as an incidental proceeding to the bankruptcy**, along with any statements about it that should be filed together with this incidental proceeding.

2) I set the pre-bankruptcy legal period (Art. 99, II), at **ninety (90) days before the decree of the out of court liquidation**.

3) The trustee shall indicate the nominal list of creditors, with addresses, amounts, nature, and classification of the respective credits, if it is in the case record, so that the notice can be issued with the list of creditors, as well as any other essential measures to proceeding with the bankruptcy.

3.1) The Members of the Board of Directors and Directors of the bankrupt companies shall comply with the provision in Article 104 of the LRF, and shall come to the court office within ten days to sign the statement and provide any clarifications that should be made at that

This document was released in the case record on 08/12/2015 at 1:22 p.m., and it is a copy of the original digitally signed by MARCELO BARBOSA SACRAMONE. To check the original, go to https://esaj.tjsp.jus.br/esaj, indicate case. no 1071548-40.2015.8.26.0100 and code no. 143C97F.

**1071548-40.2015.8.26.0100 - page 3**



**COURT OF APPEALS OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF SÃO PAULO CENTRAL CIVIL AND
COMMERCIAL COURTHOUSE
2nd BANKRUPTCY AND JUDICIAL REORGANIZATION COURT
Praça João Mendes s/nº, Salas 1618/1624, Centro - CEP 01501-900, Phone:
(11) 2171-6506, São Paulo-SP - E-mail: sp2falencias@tjsp.jus.br

time in writing, <u>and shall present the articles of incorporation or organization and proof of the respective registrations, as well as their amendments. Later, if necessary, a hearing will be scheduled for personal explanations by the bankrupt companies, at which time notices will also be sent to</u> the Judicial Trustee and the Prosecutor's Office. The following were members of the Board of Directors of the bankrupt companies:

**BANCO CRUZEIRO DO SUL S/A:** Luis Felippe Índio da Costa (CPF 006.034.067-34), Luis Octavio Azeredo Lopes Índio da Costa (CPF 782.474.977-00), Fabio Caramuru Correa Meyer (CPF 715.168.917-91), Maria Luísa Garcia de Mendonça (CPF 380.376.616-87), Roberto Vieira da Silva de Oliveira Costa (CPF 769.344.037-20), Sérgio Marra Pereira Capella (CPF 041.247.618-56).

**CRUZEIRO DO SUL HOLDING FINANCEIRA S.A.**: Luis Felippe Índio da Costa (CPF 006.034.067-34), Luis Octavio Azeredo Lopes Índio da Costa (CPF 782.474.977-00), Charles Alexander Forbes (CPF 001.906.918-91), Fabio Rocha do Amaral (CPF 076.593.208-31), Flávio Nunes Ferreira Rietmann (CPF 913.629.627-91), Horácio Martinho Lima (CPF 745.862.547-34).

**CRUZEIRO DO SUL S.A. CORRETORA DE VALORES E MERCADORIAS**: Luis Fernando Pinheiro Guimarães de Carvalho (CPF 949.762.797-15) and Marcelo Xandó Baptista (CPF 180.434.018-96).

**CRUZEIRO DO SUL S.A. DISTRIBUIDORA DE TÍTULOS E VALORES MOBILIÁRIOS:** Flávio Nunes Ferreira Rietmann (CPF 913.629.627-91) and Marcelo Xandó Baptista (CPF 180.434.018-96).

**CRUZEIRO DO SUL S.A. COMPANHIA SECURITIZADORA DE CRÉDITOS FINANCEIROS**: Luis Felippe Índio da Costa (CPF 006.034.067-34), Luis Octavio Azeredo Lopes Índio da Costa (CPF 782.474.977-00).

3.2) The shareholders and directors are also hereby advised that in order to safeguard the interest of the parties involved, in the event that evidence of a crime defined in Law no. 11.101/2005 is found, a warrant may be issued for their preventive detention (Art. 99, VII).

3.3) Within ten days, the bankrupt parties and the liquidator shall present cash flow reports, accounting records and accounting documents required by law, as well as a list of property and rights that make up the asset, with the respective estimated value and documents proving ownership.

4) I set a period of fifteen (15) days from the publication of the notice, for the



**COURT OF APPEALS OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF SÃO PAULO CENTRAL CIVIL AND COMMERCIAL COURTHOUSE
2nd BANKRUPTCY AND JUDICIAL REORGANIZATION COURT
Praça João Mendes s/nº, Salas 1618/1624, Centro - CEP 01501-900, Phone: (11) 2171-6506, São Paulo-SP - E-mail: sp2falencias@tjsp.jus.br

creditors to present to the judicial trustee "their claims or their disagreements in regard to the credits listed" (Art. 99, IV, and Art. 7 § 1), **which shall be digitized and sent directly to the Judicial Trustee, through the email he will provide, created** especially for this purpose and indicated in the aforementioned notice to be published.

In this regard, **within five (5) days, the Judicial Trustee shall indicate an email created for this purpose, which shall be included in the notice referred to in Art. 99, sole paragraph, to be issued**.

5) When the notice referred to in Art. 2 of Law 11.101/05 is published, any objections to this notice and/or late creditor claims shall be filed digitally as an incidental proceedings to the bankruptcy, while any subsequent petitions that refer to the same incidental proceeding shall always be directed to the one already filed.

6) I order, pursuant to the terms of Art. 99, V, the suspension of all actions or enforcements **against the bankrupt companies** (companies), except for the hypotheses described in §§ 1 and 2 of art. 6 of the same Law, with the statute of limitations also suspended.

7) I prohibit any act of alienation or encumbrance of the assets belonging to the bankrupt parties (companies) without authorization from the Court or the Creditors' Committee (if there is one), except for those assets whose sale is part of the normal activities of the debtor "if the temporary continuation of activities is authorized" (Art. 99, VI).

8) I order the immediate issuance of official letters (Art. 99, X and XIII) to the government entities and agencies (Union, State and Municipality; Central Bank, DETRAN, etc.), authorized for "on-line" communication, as well as to JUCESP for the purposes indicated in Articles 99, VIII, and 102.

9) In light of the agreements signed, I order that that bank accounts indicated on pages 132 and 133 remain open, solely for the purpose of receiving deposits. Notify the banking institutions in question in this regard.

10) Issue the notice, pursuant to the terms of Art. 99, sole paragraph of Law 11.101/2005.

11) Notify the Prosecutor's Office.

12) Let it be Published, Recorded, Notified and Complied With.

São Paulo, August 12, 2015

This document was released in the case record on 08/12/2015 at 1:22 p.m., and it is a copy of the original digitally signed by MARCELO BARBOSA SACRAMONE. To check the original, go to https://esaj.tjsp.jus.br/esaj, indicate case. no 1071548-40.2015.8.26.0100 and code no. 143C97F.

**COURT OF APPEALS OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF SÃO PAULO CENTRAL CIVIL AND COMMERCIAL COURTHOUSE
2nd BANKRUPTCY AND JUDICIAL REORGANIZATION COURT
Praça João Mendes s/nº, Salas 1618/1624, Centro - CEP 01501-900, Phone: (11) 2171-6506, São Paulo-SP - E-mail: sp2falencias@tjsp.jus.br

**DOCUMENT DIGITALLY SIGNED PURSUANT TO THE TERMS OF LAW 11.419/2006, AS PRINTED ON THE RIGHT MARGIN**

This document was released in the case record on 08/12/2015 at 1:22 p.m., and it is a copy of the original digitally signed by MARCELO BARBOSA SACRAMONE. To check the original, go to https://esaj.tjsp.jus.br/esaj, indicate case. no 1071548-40.2015.8.26.0100 and code no. 143C97F.

**COURT OF APPEALS OF THE STATE OF SÃO PAULO**
JUDICIAL DISTRICT OF SÃO PAULO CENTRAL
CIVIL AND COMMERCIAL COURTHOUSE
2nd BANKRUPTCY AND JUDICIAL REORGANIZATION COURT
Praça João Mendes s/nº, Salas 1618/1624, Centro - CEP 01501-900, Phone: (11) 2171-6506, São Paulo-SP - E-mail: sp2falencias@tjsp.jus.br

# DECISION

| | |
|---|---|
| Case no.: | 1071548-40.2015.8.26.0100 |
| Class - Subject | Bankruptcy of Entrepreneurs, Business Companies, Micro-companies and Small Businesses – Self-Bankruptcy |
| Petitioner: | Banco Cruzeiro do Sul S/A and others |
| Respondent | Banco Cruzeiro do Sul S/A and others |

The Judge of the 2nd Bankruptcy and Judicial Reorganization Court of the Central Civil and Commercial Courthouse, Dr. Marcelo Barbosa Sacramone, ordered that this document be prepared, in accordance with the decision issued on 08/12/2015 at 1:22 p.m., which appointed the following JUDICIAL TRUSTEE:

**ADJUD ADMINISTRADORES JUDICIAL LTDA – EPP, Rua Araujo, 70, Conjunto 121, República – CEP 04421-000, São Paulo-SP, CNPJ 14.227.154/0001-25, represented by VÂNIO CÉSAR PICKLER AGUIAR.**

To whom the Judge assigned the commitment of properly and faithfully carrying out the function of Judicial Trustee and of assuming all the responsibilities inherent to it in the case record in question. Upon taking the oath on this date, the trustee promised to perform the function with total faithfulness, under the penalties of Law 11.101/2005. NOTHING ELSE WAS ORDERED. This statement was prepared, found to be correct, and signed. São Paulo, 08/13/2015.

[Illegible Signature]
_____
Signature of Judicial Trustee

**DOCUMENT DIGITALLY SIGNED PURSUANT TO THE TERMS OF LAW 11.419/2006, AS PRINTED ON THE RIGHT MARGIN**

This document was filed on 08/18/2015 at 7:15 p.m., and it is a copy of the original digitally signed by MARIANA MONTEIRO FRAGA. To check the original, go to https://esaj.tjsp.jus.br/esaj, indicate case no.1071548-40.2015.8.26.0100 and code no.1477418.