# EXHIBIT "6"

| Português | English |
|---|---|
| **Lei nº. 6.024/1974.**<br>**Art. 40.** Os administradores de instituições financeiras respondem solidariamente pelas obrigações por elas assumidas durante sua gestão, até que se cumpram.<br><br>Parágrafo único. A responsabilidade solidária se circunscreverá ao montante e dos prejuízos causados. | **Law #6,024/1974.**<br>**Art. 40.** Administrators of financial entities are jointly liable for the obligations the entity has incurred during their management period up to the moment they are satisfied.<br><br>Sole paragraph. Joint liability will comprehend only the amount of the damages caused. |
| **Lei nº. 6.024/1974.**<br>**Art. 42.** Concluída a apuração, os ex-administradores serão convidados por carta, a apresentar, por escrito, suas alegações e explicações dentro de cinco dias comuns para todos. | **Law #6,024/1974.**<br>**Art. 42.** After the fact-discovery stage is finished, the administrators shall be summoned by a letter to present their allegations and explanations in written form in a shared term of five days. |
| **Lei nº. 6.024/1974.**<br>**Art. 43.** Transcorrido o prazo do artigo anterior, com ou sem a defesa, será o inquérito encerrado com um relatório, do qual constarão, em síntese, a situação da entidade examinada, as causas de queda, o nome, a quantificação e a relação dos bens particulares dos que, nos últimos cinco anos, geriram a sociedade, bem como o montante ou a estimativa dos prejuízos apurados em cada gestão. | **Law #6,024/1974.**<br>**Art. 43.** When the deadline provided by the previous article is over, defenses filed or not, the inquiry shall be finalized with a report that shall contain, in a summary, the situation of the examined entity, the causes of its insolvency, the name of the individuals who administered the company on the last five years along with a list of their personal assets and their estimated value, and the amount or an estimate of the damages calculated in each management period. |
| **Lei nº. 6.024/1974.**<br>**Art. 45.** Concluindo o inquérito pela existência de prejuízos será ele, com o respectivo relatório, remetido pelo Banco Central do Brasil ao Juiz da falência, ou ao que for competente para decretá-la, o qual o fará com vista ao órgão do Ministério Público, que, em oito dias, sob pena de responsabilidade, requererá o seqüestro dos bens dos ex-administradores, que não tinham sido atingidos pela indisponibilidade prevista no artigo 36, quantos bastem para a efetivação da responsabilidade.<br><br>§ 1º Em caso de intervenção ou liquidação extrajudicial, a distribuição do inquérito ao Juízo competente na forma deste artigo, previne a jurisdição do mesmo Juízo, na hipótese de vir a ser decretada a falência. | **Law #6,024/1974.**<br>**Art. 45.** Concluding the inquiry that damages have been caused, the inquiry and its respective report shall be sent by the Central Bank of Brazil to the bankruptcy Court, or to the Court who has jurisdiction to declare it, who shall send the case file to a member of the Public Prosecutor's Office who, under the penalty of liability, within eight days, shall seek a precautionary seizure over the former administrator's assets which have not been reached by the freezing provided by article 36, in the necessary amount to match their liabilities.<br><br>Paragraph 1. In case of intervention or of extrajudicial liquidation, the attribution of the inquiry to the Court with jurisdiction to hear the case determines its jurisdiction in case bankruptcy is declared. |

| | |
|---|---|
| § 2º Feito o arresto, os bens serão depositados em mãos do interventor, do liquidante ou do síndico, conforme a hipótese, cumprindo ao depositário administrá-los, receber os respectivos rendimentos e prestar contas a final. | Paragraph 2. Once the seizure has been executed, the assets shall be put under the custody of the intervenor, of the liquidator or of the trustee, depending on the case, being the custodian responsible for administering them and to receive any yields or incomes, and is accountable for them in the end. |
| **Lei nº. 6.024/1974.**<br>**Art. 46.** A responsabilidade ex-administradores, definida nesta Lei, será apurada em ação própria, proposta no Juízo da falência ou no que for para ela competente.<br><br>Parágrafo único. O órgão do Ministério Público, nos casos de intervenção e liquidação extrajudicial proporá a ação obrigatoriamente dentro em trinta dias, a contar da realização do arresto, sob pena de responsabilidade e preclusão da sua iniciativa. Findo esse prazo ficarão os autos em cartório, à disposição de qualquer credor, que poderá iniciar a ação, nos quinze dias seguintes. Se neste último prazo ninguém o fizer, levantar-se-ão o arresto e a indisponibilidade, apensando-se os autos aos da falência, se for o caso. | **Law #6,024/1974.**<br>**Art. 46.** The liability of former administrators as provided for in this statute shall be determined in a specific action to be heard by the bankruptcy Court or by the one who has jurisdiction to declare it.<br><br>Sole paragraph. The member of the Public Prosecutor's Office, in case of intervention or extrajudicial liquidation, shall file the application within thirty days counted from the execution of the seizure, under the penalty of liability and of having its initiative precluded. This time being elapsed, the case file shall be kept available at the Court Records to any creditor, who may file the application in the following fifteen days. If no one does it in this last deadline, the seizure and the freezing shall be levied, and the case file shall be attached to the bankruptcy file, if that is the case. |
| **Lei nº. 6.024/1974.**<br>**Art. 49.** Passada em sentença que declarar a responsabilidade dos ex-administradores, o arresto e a indisponibilidade de bens se convolarão em penhora, seguindo-se o processo de execução.<br><br>§ 1º Apurados os bens penhorados e pagas as custas judiciais, o líquido será entregue ao interventor, ao liquidante ou ao síndico, conforme o caso, para rateio entre os credores da instituição.<br><br>§ 2º Se, no curso da ação ou da execução, encerrar-se a intervenção ou a liquidação extrajudicial, o interventor ou o liquidante, por ofício, dará conhecimento da ocorrência ao juiz, solicitando sua substituição como depositário dos bens | **Law #6,024/1974.**<br>**Art. 49.** Once the liability of the former administrators is determined by a Court judgment, seizure and freezing of assets shall be converted into an attachment, and an enforcement proceeding shall be initiated thereon.<br><br>Paragraph 1. Once the attached assets have been converted into cash and the Court's fees have been paid, the net amount shall be rendered to the intervenor, the liquidator or to the trustee, depending on the case, to be apportioned between the creditors of the entity.<br><br>Paragraph 2. If, during the course of the action of the enforcement proceeding, the intervention or the extrajudicial liquidation is closed up, the intervenor or the liquidator shall issue an official letter to make the Court aware of the situation, |

| | |
|---|---|
| arrestados ou penhorados, e fornecendo a relação nominal e respectivos saldos dos credores a serem, nesta hipótese diretamente contemplados com o rateio previsto no parágrafo anterior. | requesting its replacement as custodian of the seized or attached assets, drafting up a nominal list of the creditors and their respective remaining credits to be contemplated by the apportionment provided for on the previous article. |
| **Decreto-Lei nº. 2.321/1987.**<br>**Art. 15.** Decretado o regime de administração especial temporária, respondem solidariamente com os ex-administradores da instituição pelas obrigações por esta assumidas, as pessoas naturais ou jurídicas que com ela mantenham vínculo de controle, independentemente da apuração de dolo ou culpa. | **Decree-Law #2,321/1987.**<br>**Art. 15.** Once a temporary special administration regime is declared, individuals and entities who have a relation of control are jointly liable with the former administrators of the entity regardless of the examination of intent or fault. |
| 1° Há vínculo de controle quando, alternativa ou cumulativamente, a instituição e as pessoas jurídicas mencionadas neste artigo estão sob controle comum; quando sejam, entre si, controladoras ou controladas, ou quando qualquer delas, diretamente ou através de sociedades por ela controladas, é titular de direitos de sócio que lhe assegurem, de modo permanente, preponderância nas deliberações sociais e o poder de eleger a maioria dos administradores da instituição. | Paragraph 1. There is a link of control when, alternatively or cumulatively, the financial entity and the entities mentioned on this article are under the same control; when they are parent companies and subsidiaries one to the other, or when any one of them, directly or through subsidiary companies, is entitled to shareholder rights ensuring it a permanent preponderance on the company's resolutions and the power to elect the majority of the administrators of the entity. |
| 2° A responsabilidade solidária decorrente do vínculo de controle se circunscreve ao montante do passivo a descoberto da instituição, apurado em balanço que terá por data base o dia da decretação do regime de que trata este decreto-lei. | Paragraph 2. Joint liability originated by a link of control comprehends only the amount of the uncovered liabilities of the entity calculated on a balance sheet taking the date of the commencement of the regime provided for by this decree-law as its base date. |
| **Lei nº. 9.447/1997.**<br>**Art. 1º.** A responsabilidade solidária dos controladores de instituições financeiras estabelecida no art. 15 do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, aplica-se, também, aos regimes de intervenção e liquidação extrajudicial de que trata a Lei nº 6.024, de 13 de março de 1974. | **Law #9,447/1997.**<br>**Art. 1.** Joint liability of the controlling shareholders of financial entities provided on article 15 of Decree-Law #2,321, dated February 25, 1987, is also applicable to the intervention and extrajudicial liquidation regimes regulated by Law #6,024, dated March 13, 1974. |

## OTHER PROVISIONS OF INTEREST

| Português | English |
|---|---|
| **Código Civil de 2002.** | **Civil Code of 2002.** |

| | |
|---|---|
| **Art. 1.009.** A distribuição de lucros ilícitos ou fictícios acarreta responsabilidade solidária dos administradores que a realizarem e dos sócios que os receberem, conhecendo ou devendo conhecer-lhes a ilegitimidade | **Art. 1.009.** Payment of illegitimate or of inexistent profits implicates on joint liability of the administrators who make the payments and of the shareholders who received them, in case they are aware or should be aware of its illegitimacy. |
| **Lei nº. 6.404/1976.**<br>Art. 116. Entende-se por acionista controlador a pessoa, natural ou jurídica, ou o grupo de pessoas vinculadas por acordo de voto, ou sob controle comum, que:<br>a) é titular de direitos de sócio que lhe assegurem, de modo permanente, a maioria dos votos nas deliberações da assembléia-geral e o poder de eleger a maioria dos administradores da companhia; e<br>b) usa efetivamente seu poder para dirigir as atividades sociais e orientar o funcionamento dos órgãos da companhia.<br><br>Parágrafo único. O acionista controlador deve usar o poder com o fim de fazer a companhia realizar o seu objeto e cumprir sua função social, e tem deveres e responsabilidades para com os demais acionistas da empresa, os que nela trabalham e para com a comunidade em que atua, cujos direitos e interesses deve lealmente respeitar e atender. | **Law #6,404/1976.**<br>**Art. 116.** Controlling shareholder is the individual or entity, or group of individuals or entities bound by a voting agreement, or under shared control, who:<br>a) holds shareholder rights permanently ensuring it majority on the votes for the approval of resolutions on shareholders' meetings and the power of electing the majority of the administrators of the company; and<br>b) effectively uses its power to direct the activities o the company and to instruct the functioning of the company's internal bodies.<br><br>Sole paragraph. Controlling shareholder must use its power with the purpose of making the company achieve its corporate objectives and to accomplish its social function, and has duties and responsibilities to the other shareholders of the company, to its employees and to the social community where it operates in, whose rights and interests it must loyally respect and meet. |
| **Lei nº. 6.404/1976.**<br>**Art. 117.** O acionista controlador responde pelos danos causados por atos praticados com abuso de poder.<br><br>§ 1º São modalidades de exercício abusivo de poder:<br>a) orientar a companhia para fim estranho ao objeto social ou lesivo ao interesse nacional, ou levá-la a favorecer outra sociedade, brasileira ou estrangeira, em prejuízo da participação dos acionistas minoritários nos lucros ou no acervo da companhia, ou da economia nacional;<br>b) promover a liquidação de companhia próspera, ou a transformação, incorporação, fusão ou cisão da companhia, com o fim de obter, para si ou para outrem, vantagem indevida, em | **Law #6,404/1976.**<br>**Art. 117.** Controlling shareholder is liable for the damages caused by acts committed in abuse of power.<br><br>Paragraph 1. An abuse of power may take any of the following forms:<br>a) to guide the company towards an objective other than its own corporate objective or to one that may be harmful to the national interest, or to induce it to favor another Brazilian or foreign company to the detriment of minority shareholders' interests on the profits or the assets of the company, or to national economy;<br>b) to take measures to wind up a viable company, or to convert it into another corporate structure, to merge or split it |

| | |
|---|---|
| prejuízo dos demais acionistas, dos que trabalham na empresa ou dos investidores em valores mobiliários emitidos pela companhia;<br>c) promover alteração estatutária, emissão de valores mobiliários ou adoção de políticas ou decisões que não tenham por fim o interesse da companhia e visem a causar prejuízo a acionistas minoritários, aos que trabalham na empresa ou aos investidores em valores mobiliários emitidos pela companhia;<br>d) eleger administrador ou fiscal que sabe inapto, moral ou tecnicamente;<br>e) induzir, ou tentar induzir, administrador ou fiscal a praticar ato ilegal, ou, descumprindo seus deveres definidos nesta Lei e no estatuto, promover, contra o interesse da companhia, sua ratificação pela assembléia-geral;<br>f) contratar com a companhia, diretamente ou através de outrem, ou de sociedade na qual tenha interesse, em condições de favorecimento ou não equitativas;<br>g) aprovar ou fazer aprovar contas irregulares de administradores, por favorecimento pessoal, ou deixar de apurar denúncia que saiba ou devesse saber procedente, ou que justifique fundada suspeita de irregularidade.<br>h) subscrever ações, para os fins do disposto no art. 170, com a realização em bens estranhos ao objeto social da companhia. (Incluída dada pela Lei nº 9.457, de 1997) | with the intention of obtaining an undue advantage for itself or to a third party, to the detriment of the other shareholders, to the company's employees or to investors in securities issued by the company;<br>c) to amend the company's by-laws, issue securities, adopt policies or make decisions no in the best interest of the company or that aim to cause damage to minority shareholders, to employees or to investors in securities issued by the company;<br>d) to elect administrator or a member of the audit committee knowing he is not moral or technically qualified;<br>e) to induce, or attempt to induce, an administrator or member of the audit committee to commit a wrongdoing in disfavor to the interest of the company, or to ratify such action in a general meeting, violating the duties attributed to him by this statute or by the company by-laws;<br>f) to execute contracts with the company, directly or through an intermediary individual or entity, in favoritism or under non-equitable conditions;<br>g) to approve or to cause the approval of irregular accounts rendered by administrators, for personal reasons, or to not examine complaints being aware or being supposed to be aware it is well-grounded, or which gives grounds for a reasonable suspicion of a wrongdoing;<br>h) to subscribe shares, for the purposes of the provision in article 170, with the contribution of property unrelated to the company's corporate objective (text as determined by Law #9,457, of 1997). |
| § 2º No caso da alínea e do § 1º, o administrador ou fiscal que praticar o ato ilegal responde solidariamente com o acionista controlador. | Paragraph 2. Under section e of paragraph 1, the administrator or member of the audit committee who commits a wrongdoing is jointly liable along with the controlling shareholder. |
| § 3º O acionista controlador que exerce cargo de administrador ou fiscal tem também os deveres e responsabilidades próprios do cargo. | Paragraph 3. A controlling shareholder who functions as an administrator or a member of the audit committee has also the same duties and responsibilities inherent to that position. |