# EXHIBIT "8"

Exhibit 1

| No. | Category | Date Range |
|---|---|---|
| 1 | Luis Felipe Indio da Costa's defense pleading null and void, disrespected for adversary proceeding and full defense against RAET's Inquiry Commission Report | Feb 19, 2013 |
| 2 | Luis Octavio Azeredo Lopes Indio da Costa's defense pleading null and void, disrespected for adversary proceeding and full defense against RAET's Inquiry Commission Report. | Feb 19, 2013 |
| 3 | BACEN's Final Report (item 12.2 analyzes all filed defenses) | Feb 22, 2013 |
| 4 | Decision ordering bankruptcy of BCSUL | Aug 15, 2015 |
| 5 | Luis Felipe Indio da Costa's appeal filed to challenge bankruptcy court decision in order to replace the trustee of BCSUL's Bankruptcy | Aug 24, 2015 |
| 6 | BCSUL's appeal filed to challenge bankruptcy court decision to be considered the bankruptcy ordering of BCSUL null and void that disrespected adversary proceeding and full defense | Aug 31, 2015 |
| 7 | Bankruptcy Court decision that did not reconsider appeals of Luis Felipe Indio da Costa and BCSUL. | Sep 03, 2015 |
| 8 | Luis Felipe Indio da Costa's motion for clarification of Bankruptcy Court decision that ordered bankruptcy of BCSUL | Sep 08, 2015 |
| 9 | BCSUL's motion for clarification of Bankruptcy Court decision that ordered bankruptcy of BCSUL | Sep 09, 2015 |
| 10 | Bankruptcy Court decision that did not reconsider requests of Luis Felipe Indio da Costa and BCSUL. | Sep 21, 2015 |
| 11 | Second BCSUL's motion for clarification of Bankruptcy Court decision that ordered bankruptcy of BCSUL | Sep 24, 2015 |
| 12 | Third BCSUL's motion for clarification of Bankruptcy Court decision that ordered bankruptcy of BCSUL | Sep 29, 2015 |
| 13 | Bankruptcy Court decision that reconsidered part of second BCSUL's petition for clarification just to determine that no onlendings are made to the FGC. | Sep 30, 2015 |
| 14 | BCSUL's appeal against decision of Sep 30, 2015 filed at court of appeals | Oct 19, 2015 |
| 15 | Decision of the court of appeal that granted Luis Felipe Indio da Costa's appeal to replace the trustee of BCSUL's Bankruptcy | Dec 16, 2015 |
| 16 | Decision of the court of appeal that denied BCSUL's appeal filed in Oct 19, 2015 | Mar 16, 2016 |
| 17 | BCSUL's motion for clarification of court of appeal decision | May 11, 2016 |
| 18 | Decision of the court of appeal that denied BCSUL's appeal to be considered the decision ordering bankruptcy of BCSUL null and void | Aug 10, 2016 |
| 19 | BCSUL's appeal addressed to Federal Supreme Court to be considered the bankruptcy ordering of BCSUL null and void, that disrespected adversary proceeding and full defense. | Sep 06, 2016 |
| 20 | court of appeal decision that did not reconsider requests of BCSUL's motion for clarification | Sep 21, 2016 |
| 21 | BCSUL's appeal against court of appeal decision of Sep 21, 2016 addressing it to Federal Supreme Court | Nov 22, 2016 |