# EXHIBIT 1



# ASSESSMENT REPORT

## Inconsistencies

**BANCO CRUZEIRO DO SUL SALARY-SECURED LOANS**

**F. G. C. ADMINISTRATION**

**JULY 2012**



**REPORT ABOUT THE DISK MIRRORING OF THE SALARY-SECURED LOANS PORTFOLIO OF BANCO CRUZEIRO DO SUL MADE BY IMS TECNOLOGIA E SERVIÇOS FROM 25 JUNE 2012 ON.**

**1 – PURPOSE OF THE WORK**

Following a request from the Fundo Garantidor de Crédito, IMS has been engaged to make the disk mirroring through its system Bank.net of the salary-secured loans portfolio of Banco Cruzeiro do Sul currently managed by the TOOLS system developed by TOTUS company, aiming of making the reverse engineering of the entries in the last trimester in an attempt to identify inconsistent transactions in this portfolio taking 30 June 2012 as its reference date.
Such identification shall have as its basis the reprocessing of the system and the information obtained with the conciliation and financial departments of the Bank.

**2 – APPROVED AND EXECUTED PLAN OF ACTIONS**

    **STEP-1**

    **-LOAD THE GENERAL REGISTRATION OF TRANSACTIONS**

    **-REMAKE THE ENTRIES FOR APRIL MAY AND JUNE**



The database of transactions from TOOLS system for 30 June 2012, which has been used as the basis of the reconstruction work of the entries for April, May and June 2012 has been extracted.

    **-STEP 2**



**-UPDATE THE ENTRIES FOR APRIL, MAY AND JUNE 2012**

**-MAKE ENTRIES FOR THE PORTFOLIO ACCORDING TO THIS UPDATING**



The entries for April, May and June 2012 were made up through a reversion process, and each of the steps has been updated.

**-MATCH THE UPDATED DATA WITH OPERATIONAL INFORMATION ISSUED BY THE ISSUER ENTITY**

**-MATCH THE VERIFIED DATA AND THE FINANCIAL INFORMATION REGISTERED ON THE BANK AND ENTRIES**





Besides electronical information obtained from the central database, it has been obtained the database of files received by the conciliation department of the Bank, which have been filed as a controlling database after the manipulation and conversion of layouts and conciliations with the financial department.

All the operational statements available on the financial department have been extracted as well.

**STEP-3**

**-MATCH THE TRANSACTIONS ENTERED AND THE RECOVERED ONES**



A comparative analysis of the data obtained through the process of reengineering and the ones present on the conciliation and financial files has been made.

00523457.DOCX



This process identified a group of agreements that systematically kept continuous information and with no ordinary occurrences for this kind of portfolio.

Besides the behaviour identified on the payment entries we also obtained the profile of entries for new contracts, making one more reversion, this time on every contract in default from the very moment of its registration and the release of the funds, where it has been identified the same features as for the payment ones.

Besides the technical and behavioural findings for every entry of such agreements we have found evidences of their inconsistence because of the inexistence of any financial basis for those transactions and the inexistence of any entries for payments coming from the partner entities.

The whole group of entries for those transactions were made up from December 2006 on and has been kept that way so far, keeping a portfolio with an average flow of BRL 1,600,000,000.00 as detailed in exhibit I.

**STEP-4**

**-CORRECTION OF THE OPERATIONAL DATABASE**



After the identification of the inconsistent transactions we shall write down the infected database, a work that will be done by the company ESM, engaged by the FGC as an information technology advisor, whereto IMS has sent the analytical files of the contracts found for conference and confrontation with the other investigative points.

**STEP-5**

      **-MAINTAINANCE OF THE TECHNICAL MIRRORING**
      **-IMPLEMENTATION OF BANK.NET NETWORK FOR AN INDEPENDENT CAPTURE OF ENTRIES, ALLOWING THE SURVEILLANCE OF THE RECEIVINGS FROM THE ASSIGNEES, ESPECIALLY FROM THE F. G. C.**





From the transactions on July 2012 on, the Bank.net system shall accompany *pari passu* the receivables of Banco Cruzeiro do Sul and will enable its managers to identify any inconsistencies with the portfolio controlling systems besides implementing functions for extrajudicial collection and to enhance the capacity of asset recovery and to automatize procedures which are currently handmade on electronical spreadsheets only.

00523457.DOCX



**3-DIAGNOSIS AND EVIDENCES**

Hereon details are presented for the main evidences for the diagnosis made.

Further to the inconsistencies identified, it has been noticed other abnormal transactions in a couple of agreements which shall be subjected to a more detailed analysis and to a subsequent assessment report.

**IDENTIFIED AGREEMENTS WITH OPEN TRANSACTIONS**

  9 JAVIC ASSESSORIA
  16 AMBRA
  33 ASSOCIACAO BALCAO 24
  35 SAUDE
  36 REZENDE
  37 TRES CORACOES
  39 COMAR
  41 UNIDADE CENTRO
  42 BASE MILITAR

**MAKING OF TRANSACTIONS**
**SPREADSHEET ON EXHIBIT I OF EVIDENCES**
**PORTFOLIO STILL WITH RECEIVABLES**

| AGREEMENT | NUMBER OF INSTALLMENTS | RECEIVABLES |
|---|---|---|
| 9 | 1,603,860 | 168,621,207,85 |
| 16 | 1,115,463 | 264,225,572,84 |
| 33 | 1,617,790 | 183,555,285,55 |
| 35 | 1,645,593 | 190,165,069.02 |
| 36 | 1,455,472 | 169,166,378.03 |
| 37 | 1,466,281 | 170,144,749.97 |
| 39 | 1,470,407 | 169,945,949.62 |
| 41 | 1,478,509 | 168,963,802,30 |
| 42 | 1,467,245 | 168,299,490.82 |
| **TOTAL** | **13,320,620** | **1,653,087,506.00** |

**NO ENTRIES FOR PAYMENTS FROM APRIL 2012 ON**

NOTE: -Agreement number 16 AMBRA may have ordinary transactions in course, as it is the only one for whom there are independent transactions.



The amounts specified on the spreadsheet above have been considered for adjustments by their present values calculated on 4 June 2012, with the following apportionment:

| COMPANY | PORTFOLIO | AMOUNTS TO WRITE DOWN |
|---|---|---|
| 00 – São Paulo Branch | OWN | 122,753,25 |
| 01 – Rio de Janeiro Branch | OWN | 111.191.632,21 |
| 02 – Assignment Rio de Janeiro | OWN | 1,073.45 |
| 03 – Assignment São Paulo | OWN | 5,537.96 |
| 35 – FUNDO INVES DIREITOS CREDIT F ACB FIN | ACTIVE RECEIVABLES FUND | 62,805.55 |
| 42 – PROSPER FLEX FIDC MULICEDENTES | ACTIVE RECEIVABLES FUND | 114,382,727.88 |
| 64 – BANCO BRADESCO S/A | CO-OBLIGATION | 5,319.64 |
| 80 – FUNDO INV DIREIT CRED BCSUL VERAX CPP 60 | ACTIVE RECEIVABLES FUND | 36,499,414.35 |
| 82 – FUNDO INV DIREIT CRED BCSUL VERAX CPP 180 | ACTIVE RECEIVABLES FUND | 2,876,905.66 |
| 83 – FUNDO INV DIREIT CRED BCSUL VERAX CPP 360 | ACTIVE RECEIVABLES FUND | 114,091,292.93 |
| 84 – COMPANHIA SEC. DE CREDITOS FINANCEIROS | BCSUL GROUP | 97,139.32 |
| 88 – FDIC BCSUL VERAX CREDITO CONSIGNADO II | ACTIVE RECEIVABLES FUND | 45,766,750.46 |
| 91 – FIDC'S BCSUL VERAX MULTICRED FINANCEIRO | ACTIVE RECEIVABLES FUND | 963,259,664.11 |
| TOTAL | | 1,388,363,016.77 |

**Regards**

**IMS Tecnologia e Serviços Ltda.**