# COMPOSITE EXHIBIT 2



Em Liquidação Extrajudicial

LIQ/BCSUL/300-2013

São Paulo, 25 de novembro de 2013.

À

Sra. Maria Luisa Garcia de Mendonça

Ref.: Solicitação de cópia de documentos

Prezada Senhora,

Em atenção à vossa correspondência, datada de 24/10/2013, relativa à solicitação de cópia de diversos documentos contábeis, financeiros e administrativos, cumpre-nos informar que o Banco Cruzeiro do Sul S/A – Em Liquidação Extrajudicial não possui condições de atender vossa solicitação no presente momento.

Isso porque, dentre as dificuldades encontradas durante a Liquidação do Banco Cruzeiro do Sul e de suas empresas coligadas, foi a substituição da empresa contratada para a guarda, controle e registro de toda a documentação produzida/recebida durante o seu regular funcionamento.

Todavia, a transferência física dos documentos e respectivos registros e controles não foi realizada por essas duas empresas de forma adequada e completa, redundando, no mínimo, na perda dos controles e registros, e, via de consequência, na inconfiabilidade na documentação que ora se encontra guardada.

Para corroborar, apenas a título ilustrativo, informamos que há cerca de mais de 30 (trinta) mil caixas de documentos fechadas e lacradas sem que se tenha referência ou registro do que nelas está arquivado.

Desta feita, contando com a costumeira compreensão de V. Sa., esclarecemos, ainda, que continuamos buscando uma solução para a situação acima relatada, ressaltando que tal imbróglio já existia, quando assumimos os encargos de ser seu Liquidante.

Sendo o que nos cabia informar, subscrevemos.

BANCO CRUZEIRO DO SUL S.A. EM LIQUIDAÇÃO EXTRAJUDICIAL

_____
EDUARDO FELIX BIANCHINI
Liquidante



In Out-of-Court Reorganization

**LIQ/BCSUL/300-2013**                                    São Paulo, November 25, 2013.

To

Mrs. Maria Luisa Garcia de Mendonça

Re: Request of copy of documents

Dear Madam,

Answering your letter, dated 10/24/2013, with respect to your request of a copy of several accounting, financial and administrative documents, we should inform that Banco Cruzeiro do Sul S/A – In Out-of-Court Reorganization is not in a condition to meet your request at this time.

This is because, among the difficulties found during the Reorganization of Banco Cruzeiro do Sul and its associated companies, was the substitution of the company hired for the custody, control and registration of all the documentation produced/received on its regular operation.

However, the physical transfer of the documents and relevant records was not made by these two companies adequately and completely, resulting at least, in the loss of the controls and records and, as a consequence, in the unreliability of the documentation which is presently held in custody.

To corroborate, only for the sake of illustration, we inform that there are more than 30 (thirty) thousand closed and sealed boxes of documents, without any reference or records of what is filed in them.

Thus, relying on your usual understanding, we also clarify that we are continuing to look for a solution for the situation reported above, stressing that such confusion already existed, when we took on the charge of being your Trustee.

This was all we had to inform to date.


Truly yours,




BANCO CRUZEIRO DO SUL S/A IN OUT OF COURT REORGANIZATION

_____
Eduardo Felix Bianchini
Trustee



Em Liquidação Extrajudicial

LIQ/BCSUL/229-2014								São Paulo, 04 de Setembro de 2014.

À
Sra. Maria Luisa Garcia de Mendonça

Prezada Senhora,

    Referindo-nos à sua carta de 28.8.2014, e em aditamento ao expediente **LIQ/BCSUL/300-2013, de 25.11.2013**, informamos que, segundo levantamentos efetuados, a substituição da empresa contratada para a guarda, controle e registro da documentação que compõe o acervo deste Liquidando ocorreu durante o período em que esta sociedade encontrava-se sob Regime de Administração Especial Temporária.

Saudações

**BANCO CRUZEIRO DO SUL S/A – EM LIQUIDAÇÃO EXTRAJUDICIAL**
Eduardo Felix Bianchini - Liquidante



In Out-of-Court Reorganization

**LIQ/BCSUL/229-2014**                                      São Paulo, September 4, 2014.

**To**

**Mrs. Maria Luísa Garcia de Mendonça**

Dear Sir,

      We refer to your letter of 8.28.2014, amending the document **LIQ/BCSUL/300-2013, dated 11.25.2013,** we inform that, according to what were able to gather, the Company hired to hold the custody, control and record of the documentation of this Party under Court-Supervised-Reorganization that was filed was substituted when this Company was under the Temporary Special Administration Regime.

Regards,

.

BANCO CRUZEIRO DO SUL S/A IN OUT OF COURT REORGANIZATION
Eduardo Felix Bianchini – Trustee

Alameda Santos, 2335, 4º andar –Cerqueira César – São Paulo/SP – Cep: 01419-002
Telefone (011) 3848-1800