# EXHIBIT 3



**Banco Cruzeiro do Sul**

Em Liquidação Extrajudicial

**LIQ/BCSUL/0183 -2014**                                São Paulo, 30 julho de 2014.

Ilmo. Sr.
**LUIS FELIPPE INDIO DA COSTA**
N e s t a

Prezado Senhor,

Referindo-nos ao seu expediente de 26.6.2014, pelo qual V.Sa nos solicita esclarecimentos acerca dos equipamentos de informática os quais, de propriedade deste Liquidando, foram objeto de devolução pela empresa IMS TECNOLOGIA E SERVIÇOS LTDA, temos a informar o que se segue :

    a) <u>quanto a Servidores</u> – considerado um total de 11 (onze) equipamentos, tais itens foram devolvidos totalmente formatados;

    b) <u>quanto a Computadores (PC)</u> – considerado um total de 230 (duzentos e trinta) equipamentos, verificou-se que 196 (cento e noventa e seis) foram devolvidos totalmente formatados e 03 (três) apresentaram defeitos nos respectivos HDs, quando de sua devolução;

    c) <u>quanto a "Note Books"</u> – considerado um total de 02 (dois) equipamentos, tais itens foram devolvidos totalmente formatados.

Atenciosamente

**BANCO CRUZEIRO DO SUL S/A – EM LIQUIDAÇÃO EXTRAJUDICIAL**
Eduardo Felix Bianchini – Liquidante

Alameda Santos, 2335, 4º andar – Cerqueira César – São Paulo/SP – Cep: 01419-002
Telefone (011) 3848-1800


**Banco Cruzeiro do Sul**

In Out of Court Reorganization

São Paulo, July 30, 2014.

LIQ/BCSUL/0183 -2014

**Honorable Mr.**
**LUÍS FELIPPE INDIO DA COSTA**
**In this city**

Dear Sir,

We refer to your letter of 6.26.2014, where you request clarifications to us on the computing equipment which, being the property of this Party in Out-of-Court Reorganization, was returned by the Company IMS TECNOLOGIA E SERVIÇOS LTDA. We have the following to inform:

a)  with respect to Servers – a total of 11 (eleven) pieces of equipment were returned; such items were totally formatted;

b)  with respect to Computers (PC) – a total of 230 (two hundred and thirty) computers were returned, it was found that 196 (one hundred and ninety-six) were returned totally formatted and 03 (three) presented defects in the relevant HDs, when they were returned;

c)  with respect to the Notebooks – a total of 02 (two) Notebooks were returned, and such items were totally formatted.

Truly yours,

---

BANCO CRUZEIRO DO SUL S/A – IN OUT OF COURT LIQUIDATION
Eduardo Felix Bianchini - Trustee

---

Alameda Santos, 2335, 4º andar – Cerqueira César – São Paulo/SP – 01419-002
Telephone(011) 3848-1800


**Banco Cruzeiro do Sul**

In Out of Court Reorganization

São Paulo, July 30, 2014.

LIQ/BCSUL/0183 -2014

**Honorable Mr.**
**LUÍS FELIPPE INDIO DA COSTA**
**In this city**

Dear Sir,

     We refer to your letter of 6.26.2014, where you request clarifications to us on the computing equipment which, being the property of this Party in Out-of-Court Reorganization, was returned by the Company IMS TECNOLOGIA E SERVIÇOS LTDA. We have the following to inform:

    a)   <u>with respect to Servers</u> – a total of 11 (eleven) pieces of equipment were returned; such items were totally formatted;

    b)   <u>with respect to Computers (PC)</u> – a total of 230 (two hundred and thirty) computers were returned, it was found that 196 (one hundred and ninety-six) were returned totally formatted and 03 (three) presented defects in the relevant HDs, when they were returned;

    c)   <u>with respect to the Notebooks</u> – a total of 02 (two) Notebooks were returned, and such items were totally formatted.

Truly yours,

---

BANCO CRUZEIRO DO SUL S/A – IN OUT OF COURT LIQUIDATION
Eduardo Felix Bianchini - Trustee

---

Alameda Santos, 2335, 4º andar – Cerqueira César – São Paulo/SP – 01419-002
Telephone(011) 3848-1800