# EXHIBIT 4




In Out of Court Reorganization

LIQ/BCSUL/0018 -2015                                                 São Paulo, February 05, 2015

**To**

**FEDERAL POLICE DEPARTMENT - MJ**
**Regional Superintendence in São Paulo - DELEFIN/SR/DPF/SP**
**Federal Police Officer Mr. Edson Fabio Garutti Moreira**

Dear Police Officer,

**RE: Official Letter No. 0359/2015 - IPL 0379/2014-11 SR/DPF/SP**

We refer to the Official Letter above, received by this Party under Out of Court-Reorganization on 01/26/2015, in which you request information about the services rendered by the Company **IMS TECNOLOGIA E SERVIÇOS LTDA** (CNPJ 13.778.765/0001-07) **("IMS")** to **BANCO CRUZEIRO DO SUL S.A. ("BCSul")**, in order provide evidence for the police inquiry in question, especially on the purpose of said provision of services, values contracted and paid, in addition to provide clarifications with respect to the corporate or business relationship between the companies, prior to the out of court liquidation regime in which this institution finds itself.

**CONTRACTS EXECUTED AND PRICES AGREED**

2.      To this effect, please find below, preliminarily, information in connection with the contracts executed between the aforementioned companies, presented in chronological order:

a) Agreement for the Provision of Management of Financial Assets, Collection. Data Processing and Other Covenants, executed on June 01, 2012 (**Exhibit I**), **whose purpose was**: the "(i) management of financial assets involving procedures of supply of technological infrastructure and data processing; and (iii) license of use and maintenance of software specialized in the management of financial assets, " as set forth on page 01, Clause 1, item .1.1.



The fees agreed were: i) For the License of Use of Software: R$ 27,000.00 (twenty-seven thousand reais) per month; ii) For maintenance and technical support: R$ 20,500.00 (twenty thousand five hundred reais) per month; iii) For the initial installation services: R$ 185,000.00 (one hundred and eighty-five thousand reais) a single time; iv) For Man/Hour of development: R$ 120.00 (one hundred and twenty reais) per man/hour; v) For operation infrastructure, upon registration of the contract R$ 0.1430 per contract and monthly processing maintenance R$ 0.07515 per contract; and, vi) Minimum monthly invoicing of R$ 65,000.00 (sixty-five thousand reais) per month.

b) Agreement for the Provision of Management of Services and Recovery of Assets and Other Covenants, executed on July 10, 2012 (**Exhibit II**), whose purpose was the: "management of receivables, amicable collection, judicial collection and related activities".

The fees agreed were: i) R$ 100.00 (one hundred reais) per man/hour, whereas in the event of recovery of more than R$ 800,000.00 (eight hundred thousand reais), the value of the man/hour shall increase by 15% (fifteen percent) for every 10% (ten percent) of increase; ii) R$ 90,000.00 (ninety thousand reais) per month in order to provide 15 service posts [*postos de atendimentos*] (PA), a further 10% (ten percent) success fee on values effectively recovered; iii) R$ 30.00 (thirty reais) for each research of taxpayer identification number - CPF in official gazettes and legal websites, R$ 50.00 (fifty reais) for each CPF in real estate registers, R$ 150.00 (one hundred and fifty reais) for each research of CPF in the certificate requests; and, iv) R$ 340.00 (three hundred and forty reais) per case whose judgment was interpreted by Contractor.

c) Agreement for the Provision of Services of Network Implementation and Operations Center for the Capture, Transportation and Treatment of Information, executed on August 01, 2012 (**Exhibit III**), whose purpose was the: *"implementation Bank.net - e-comm network, whose details are specified in Clause 3, below, for the obtainment and treatment of information derived from entities consigning transactions of credit and/or collecting banks accredited by web-edi technology or by operation of capture in accordance with the rules and conditions of each entity or bank that participates in the network".*



<u>The fees agreed were</u>: i) R$ 0.0198 (zero point zero one hundred and ninety-eight reais) per entry processed in the network, considering the volume processed in the month.

d) <u>Agreement for the Provision of Services of Administration and Operational Management (Back Office Services), executed on January **01, 2013** (Exhibit IV),</u> <u>whose purpose was</u>: the *"performance of administrative procedures in general, operating management, administrative controls".*

<u>The fees agreed were</u>: i) monthly values which would be reduced with time of provision of service, beginning in January 2013, in the amount of R$ 9,464,812.87 (nine million, four hundred and sixty-four thousand, eight hundred and twelve reais and eighty-seven cents), the amount being gradually reduced to R$ 2,297,297.42 (two million, two hundred and ninety-seven thousand, two hundred and ninety-seven reais and forty cents), in May 2015; and the ii) collection in the success fee of 10% (ten percent) for credits para credits due between 91 and 149 days, of 15% (fifteen percent) for credits due between 150 and 364 days and 20% (twenty percent) for credits of 365 days or more in arrears.

3.      We should record that the contracts mentioned in items <u>2.a. 2.b</u> and 2.c above, were executed by **BCSul** during the term of the Temporary Administration Regime **("RAET"),** under the responsibility of the Credit Guarantor Fund [*Fund Garantidor de Crédito*] **("FGC"),** pursuant to the terms of the Act of the President of the Central Bank if Brazil No. 1.217, of June 4, 2012 (D.O.U [Union Gazette] of 6.5.2012 - **Exhibit V).**

4.      In turn, the contract mentioned in item <u>2.d</u> above, was executed by **BCSul,** in the regime of Out of Court Reorganization regime, represented by the Trustee appointed by an Act of the President of the Central Bank of Brazil No. 1,230, of September 14, 2012 (Union Gazette - D.O.U of 9.17.2012 - **Exhibit VI).**

Alameda Santos, 2335, 4º andar – Cerqueira César – São Paulo/SP – 01419-002
Telefone(011) 3848-1800

...



5.      Finally, we inform that the contract executed on 1.1.2013 (v. item above), the sole act in force during the Out of Court Reorganization regime, at **BCSul**, was terminated on 6.7.2013 (**Exhibit VII**) by the signatory hereof, who was appointed by the Central Bank of Brazil, in accordance with an Act of Director No. 486, of May 24, 2013 (Union Gazette, D.O.U of 5.27.2013 - **Exhibit VIII**)

**VALUES EFFECTIVELY PAID BY BCSUL TO IMS**

6.      During the term of the contract mentioned in item 5, above, **BCSul** made payments to **IMS** from July 05, 2012 to July 15, 2013, which totaled a gross amount of **R$ 63,075,000.53 (sixty-three million, seventy-five thousand reais and fifty-three cents**), in accordance with the spreadsheet attached (**Exhibit IX**).

7       It should also be added that, as a result of the termination effectuated on 6.7.2013, and as set forth in Clause 9.2 (termination without cause) of the contract in question, which set forth the express notification of at least 60 (sixty days) in advance, for purposes of contractual termination, the payment of **R$ 17,218,114.17 (seventeen million, two hundred and eighteen thousand, one hundred and fourteen reais and seventeen cents)** was made, which makes up the amount mentioned in item 6, above.

**WORKS PERFORMED AND LINK TO BCSUL**

8.      On the works were performed by **IMS**, and after research conducted in the files of collected by **BCSul**, we inform that, as evidence, there is only a document referred to as Consigned Credit Portfolio Assessment Report of Banco Cruzeiro do Sul prepared by IMS Tecnologia e Serviços from June 25, 2012" (**Exhibit IX**), prepared as a result of the contract executed on 6.1.2012 (v. item 2.a above).

Alameda Santos, 2335, 4º andar – Cerqueira César – São Paulo/SP – 01419-002
Telefone(011) 3848-1800



9.  Finally, we inform that, based on the documents submitted herein, **IMS TECNOLOGIA E SERVIÇOS LTDA.** has only had a business relationship with **BANCO CRUZEIRO DO SUL S.A** since 4.6.12, on which date the Regime of Special Temporary Administration of the institution, until 6.7.2013, date of the termination without cause of the contract mentioned in item 2.d, above, and no evidence of a corporate link between the parties was verified.

Truly yours,

BANCO CRUZEIRO DO SUL S/A – IN OUT OF COURT REORGANIZATION
Eduardo Felix Bianchini - Trustee



**SERVIÇO PÚBLICO FEDERAL**
**MJ – FEDERAL POLICE DEPARTMENT**
**REGIONAL SUPERINTENDENCE IN SÃO PAULO**
**DELEFIN/SR/DPF/SP**

Official Letter No. 0359/2015 - IPL 0379/2014-11 SR/DPF/SP

São Paulo/SP, January 09, 2015.

To the Honorable
Liquidator of Banco Cruzeiro do Sul S.A. – in out-of-court reorganization
Rua Funchal, 418 - Vila Olímpia
São Paulo/SP CEP 04551-060

Subject: Request of Information
Reference: 0379/2014-11-DELEFIN/SR/DPF/SP

Mr. Liquidator,

In order to support the records of Police Inquiry No. 0379/2014-11 - DELEFIN/SR/DPF/SP, I request, pursuant to the terms of article 2, § 2, of Law 12.830/2013, that you inform which were the services provided in the scope of this liquidation by IMS TECNOLOGIA E SERVIÇOS LTDA. (CNPJ 13.778.765/0001-07), which were amounts contracted and effectively paid and the period of these payments, and if this Company would have any type of corporate or business link with Banco Cruzeiro do Sul before the out-of-court liquidation.

Truly yours,

**EDSON FABIO GARUTTI MOREIRA**
Federal Police Officer

*Stamp:* BANCO CRUZEIRO DO SUL S/A
Em Liquidação Extrajudicial
CNPJ: 62.136.254/0001-99
Secretaria
Data 26 JAN 2015
Roseli Barbosa