# EXHIBIT 5

00430151.DOCX

# Bankruptcy Estate of Banco Cruzeiro do Sul

MF-BCSUL 2018/1345

São Paulo, July 17, 2018

**To the attention of: Mr. Luis Felippe Indio da Costa**

**Reference: Request for Document - IMS Tecnologia e Serviços Ltda.**

We do hereby refer to the above request, in which you require a certified copy from Notary's Office and by the Bankruptcy Estate itself, of the original of the "Report on the Evaluation of the Payroll Consigned Credit Portfolio of Banco Cruzeiro do Sul, made by IMS Tecnologia e Serviços as of June 25, 2012", mentioned in item 8 of the Letter sent by Mr. Eduardo Felix Bianchini, who at the time was the Liquidator of Banco Cruzeiro do Sul, dated February 5, 2015.

In this connection, we would like to inform you that after searching the internal and external document file, we have not been able to locate the aforementioned report in its original document and, therefore, it was impossible to comply with the request.

We take this opportunity to express to you the renewed assurances of our high esteem.

[Signature]
**Bankruptcy Estate of Banco Cruzeiro do Sul S.A**
**Oreste Nestor de Souza Laspro**
**OAB/SP** [Brazilian Bar Association – São Paulo Section] **98.628**