

**ORDERED in the Southern District of Florida on May 8, 2023.**

                                  **Laurel M. Isicoff**
                                  **Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

| | |
|---|---|
| MASSA FALIDA DO BANCO CRUZEIRO DO SUL S.A., | CHAPTER 15 CASE NO.:14-22974 – LMI |
|     Debtor in a Foreign Proceeding | |
| _____/ | |
| LASPRO CONSULTORES LTDA., a Brazilian Sociedade Limitada, | |
|     Plaintiff | ADV. CASE NO. 16-1315-LMI |
| v. | |
| ALINIA CORPORATION, a British Virgin Islands Company Limited by Shares, 110 CPS, INC., a British Virgin Islands Company Limited by Shares, | |
|     Defendants. | |
| _____/ | |

## ORDER ON STATUS CONFERENCE (D.E. 243)

      This cause came on before the Court on May 8, 2023 at 10:30 am on the Court's Status Conference (D.E. 243). Based upon the record and the statements of counsel for Laspro

Consultores Ltda. ("Laspro") on one side and Alinia Corporation ("Alinia") and 110 CPS, Inc. ("CPS") on the other, the Court:

**ORDERS** as follows:

1. The case will be abated until further order of the Court.
2. The Court will set a subsequent status conference only upon request of one or more of the parties.

###

**Submitted by:**

Daniel M. Coyle, Esq., who shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).